MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: fpetersen@mcrazlaw.com
irothschild@mcrazlaw.com
By: Frederick J. Petersen, # 19944
Isaac D. Rothschild, #25726
43016-2/tld

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceeding |
|---|---|
| STONE CANYON GOLF, L.L.C., an Arizona limited liability company, | No. 4:13-bk-20334-EWH |
| Debtor. | |

**MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING PAYMENT OF PRE-PETITION: (I) WAGES, SALARIES, AND OTHER COMPENSATION, (II) WITHHOLDINGS AND DEDUCTIONS AND, (III) REIMBURSEMENT OF EMPLOYEE EXPENSES; (B) HONORING OF PRE-PETITION EMPLOYEE BENEFITS IN THE ORDINARY COURSE OF BUSINESS**

Stone Canyon Golf, L.L.C., ("Debtor") moves this Court for the entry of an order (A) authorizing payment of pre-petition (i) wages, salaries, and other compensation, (ii) withholdings and deductions, and (iii) reimbursement of employee expenses; and (B) the honoring of pre-petition employee benefits in the ordinary course of business. This Motion is supported by the following Memorandum of Points and Authorities.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL BACKGROUND

1. Stone Canyon Golf, L.L.C., is an Arizona limited liability company that owns and operates a private residential golf club and owns the real property on which the business operates.

2. On November 24, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

3. The Debtor continues to operate its businesses and manage its assets as a debtor in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108 of the Bankruptcy Code.

4. The Debtor requests this Court enter an Order pursuant to 11 U.S.C. § 105(a), authorizing it to pay or otherwise honor various employee-related, pre-petition obligations of the Debtor to, or for the benefit of, current employees.

### The Debtor's Workforce

5. The Debtor employs 72 employees as of the Petition Date (the "Employees"). There are 23 part-time employees, of which 3 are temporary employees, and 49 full-time employees, of which 2 are temporary employees. The Debtor does not intend to terminate any of its current employees.

6. A list of the employees for whom the Debtor is seeking payment for and their unpaid wages as of the Petition Date is attached hereto as Exhibit A.

7. The Employees perform a variety of critical functions, including the operation of the Debtor's business. The Employees' skills, knowledge, and understanding of the Debtor's business are among the Debtor's most valuable assets. If pre-petition compensation and benefit amounts are not received by the Employees in the ordinary course of business, they will suffer personal hardship and unnecessary distraction from their duties, which may

result in diminished employee morale and high employee turnover. As a result, the Debtor's ongoing business operations would suffer immediate and pervasive damage which would adversely affect the Debtor and its ability to function, resulting in irreparable harm to the Debtor and its estate.

8. The Debtor's accrued pre-petition obligations owing to individual Employees will be substantially less than the statutory cap of $12,475.00 for priority treatment set by U.S. Bankruptcy Code §§ 507(a)(4) and (a)(5) of the Bankruptcy Code. This Motion only seeks authorization to satisfy accrued pre-petition obligations owing to individual Employees up to the statutory cap of $12,475.00.

9. The relief requested in this Motion will significantly reduce the administrative burden that might otherwise be imposed in this case. Under Bankruptcy Code §§ 507(a)(4) and (5) the compensation, benefit, and reimbursement amounts the Debtor seeks to pay to the Employees constitute priority claims. Requiring the Debtor to identify to what extent each of its Employees hold priority or general unsecured claims for employee benefits and to modify benefit policies to enforce these distinctions would impose substantial additional burdens of administration and expense that would unduly hamper the Debtor's operation and is, therefore, unwarranted under the circumstances.

**II. RELIEF REQUESTED**

10. To minimize the personal hardship Employees will suffer if pre-petition employee-related obligations are not paid, when due, and to maintain morale of the Employees during this critical time, the Debtor seeks entry of an order authorizing the Debtor: (A) to pay pre-petition (i) wages, salaries, and other compensation, (ii) state and federal withholding taxes and other amounts withheld or deducted, and (iii) reimbursement of employee expenses under company policy (collectively, the "Employee Obligations"); and (B) to pay and honor certain pre-petition claims that remain outstanding as of the

Petition Date related to employee benefits that the Debtor has historically paid in the ordinary course of business ("Employee Benefits").

### Employee Obligations

11. Debtor's Employee Obligations include salaries and wages, payroll taxes, payroll deductions and withholdings, vacation, sick, and holiday time, and health, dental, and life insurance premiums and contributions. The Debtor has customarily either paid or withheld all of these Employee Obligations in the ordinary course of business.

### Employee Salaries

12. The Employees receive payment bi-weekly for either hourly wages or salaries earned during the preceding payroll period. The Debtor's last pay period commenced November 16, 2013 and will end November 29, 2013, to be paid on December 6, 2013. Wages and salaries for work performed from November 16, 2013 through November 24, 2013 remain outstanding and will be paid in the ordinary course of business on December 6, 2013. The Debtor seeks to pay pre-petition wages on December 6, 2013 totaling approximately $30,000.00.

### Payroll Taxes

13. The Debtor is required by law to withhold from each Employee's paycheck certain amounts related to local, state, and federal income taxes as well as social security and Medicare taxes (collectively, the "Withholding Taxes") for remittance to the appropriate taxing authorities. The Debtor must also match from its own funds social security and Medicare taxes withheld and pay (based on a percentage of gross payroll) additional amounts for state and federal unemployment insurance (the "Employer Payroll Taxes" and, together with the Withholding Taxes, the "Payroll Taxes"). The Debtor seeks authority to fund all such Payroll Taxes in the ordinary course of business.

### Employee Benefits

14. The Debtor provides its Employees with health, dental, and life insurance

benefits (the "Employee Benefits"). The Debtor seeks authority to satisfy all of its pre-petition obligations related to the Employee Benefits (e.g. to pay any pre-petition insurance premiums that remain outstanding as of the Petition Date) and to remit all withholdings associated with such Employee Benefits.

### **Reimbursement of Employee Expenses**

15. The Debtor has a policy governing reimbursement of employee expenses that allows the Debtor's Employees to perform certain duties in an efficient and cost effective manner. The Debtor reimburses Employees for reasonable out-of-pocket expenses incurred when those Employees are required to incur expenses related to operation of the Debtor's business. The Debtor seeks authority to reimburse such expenses and honor all prepetition draws for such expenses.

### **Workers' Compensation Insurance**

16. The Debtor maintains workers' compensation insurance for each of its eligible employees (the "Workers' Compensation Insurance"). The Debtor seeks authority to continue to remit such insurance payments, as well as refer any claims, in the ordinary course of business.

### **Vacation, Sick Time and Paid Time Off**

17. The Debtor offers its Employees certain benefits including vacation time, sick time, and paid time off that the Employees accrue based on time worked. The Debtor seeks authority to continue to honor these employee benefits in the ordinary course of business.

**III. LAW**

11 U.S.C. § 105 authorizes the Court to issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the Bankruptcy Code. This Court is a court of equity and has the inherent power to permit the relief requested by the Debtor. The Debtor seeks authority to pay its employees and employees' benefits in the ordinary course of business. It would be an unnecessary hardship, both on the employees and on the

Debtor's ability to remain in business, if it is not authorized to pay employees for wages and benefits earned pre-petition.

Courts have authorized the payment of necessary pre-petition claims, where payment will enhance or maintain the value of the estate, under the "necessity of payment doctrine." *In re Chateaugay Corp.,* 80 B.R. 279, 286-88 (S.D.N.Y. 1987), appeal dismissed, 828 P.2d 59 (2d Cir. 1988); *In re CEI Roofing, Inc*., 315 B.R. 50, 59 (Bkrtcy.N.D.Tex. 2004); *In re Just for Feet, Inc*., 242 B.R. 821, 825-826 (D.Del. 1999). The Ninth Circuit has recognized the "necessity of payment doctrine." *In re Adams Apple, Inc*., 829 F.2d 1484, 1490 (9th Cir. 1987). In this case, it is necessary that the Debtor be authorized to pay its employees so It can maintain its skilled employees and successfully operate post-petition.

**WHEREFORE,** the Debtor respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just and proper.

DATED this November 25, 2013.        MESCH, CLARK & ROTHSCHILD, P.C.


By  s/Frederick J. Petersen, #19944
    Frederick J. Petersen
    Isaac D. Rothschild
    Proposed Attorneys for Debtor

Copy e-mailed November 25, 2013 to:

Christopher J. Pattock
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
Christopher.J.Pattock@usdoj.gov

2091508

# EXHIBIT A

| FirstName | LastName | Title | Department | Location | StartDate | Home2 | Home3 |
|---|---|---|---|---|---|---|---|
| GUY | ALBERTSON | | 384100 | LABOR | 8/4/2008 | FULL TIME | |
| ANTONIO | AMAYA | | 384100 | LABOR | 6/24/2008 | FULL TIME | |
| JAMES | BORTH | | 384100 | SECTTE | 1/29/2013 | FULL TIME | |
| KENNETH | CASCADDEN | | 384100 | LABOR | 4/2/2010 | FULL TIME | SALARY |
| GAVIN | CLARK | | 384100 | SECTTE | 9/1/2012 | FULL TIME | |
| ALAN | CUNA | | 384100 | LABOR | 10/13/2008 | FULL TIME | |
| GABRIEL | FIMBRES | | 384100 | SECTTE | 8/31/2012 | FULL TIME | |
| WILLIAM | FULTON | | 384100 | LABOR | 6/1/2009 | FULL TIME | |
| LUIS | GALVEZ | | 384100 | MAINT | 7/18/2012 | FULL TIME | |
| UBALDO | GIL | | 384100 | LABOR | 1/11/1999 | FULL TIME | SALARY |
| THOMAS | HENKE | | 384100 | SECTTE | | | |
| ALBERTO | HINOJOSA | | 384100 | LABOR | 11/2/2009 | FULL TIME | |
| JOE | JACKSON | | 384100 | SECTTE | 2/27/2013 | FULL TIME | |
| JUSTIN | JOINER | | 384100 | SECTTE | 1/31/2013 | FULL TIME | |
| CORY | MEYER | | 384100 | SECTTE | 9/14/2012 | | |
| WILLIAM | MITCHELL | | 384100 | LABOR | 8/18/1996 | FULL TIME | SALARY |
| ERICK | MONTES | | 384100 | LABOR | 8/1/2007 | FULL TIME | |
| ADOLFO | PICASSO | | 384100 | SECTTE | 2/14/2013 | FULL TIME | |
| JEFFREY | ROKUSEK | | 384100 | 2ND ASSISTANT SUPERINTENTANT | 4/16/2012 | FULL TIME | SALARY |
| LESLIE JR. | SHARFF | | 384100 | LABOR | 1/31/2011 | FULL TIME | |
| TERRY | TODD | | 384100 | LABOR | 5/16/1995 | FULL TIME | SALARY |
| MICHAEL | TROUT | | 384100 | MAINT | 8/6/2012 | FULL TIME | |
| JUAN CARLOS | VALENZUELA | | 384100 | OPERATOR | 11/19/2009 | FULL TIME | |
| DUSTIN | WIRTH | | 384100 | LABOR | 12/20/2010 | FULL TIME | |
| EDREL | GARCIA | | 384100 | LABOR | 5/13/2013 | FULL TIME | |
| DAKOTA | MADRID-SHARFF | | 384100 | LABOR | 6/12/2013 | FULL TIME | |
| JUSTIN | COTTRELL | | 384100 | SECTION TECH | 6/27/2013 | FULL TIME | |
| LANCE | BUZARD | SECTION T | 384100 | | 7/1/2013 | FULL TIME | |
| TANNER | TODD | | 384100 | SECT-TECH | 8/13/2013 | FULL TIME | |
| MICHAEL | DOMINGUEZ | | 384100 | SECH-TECH | 8/13/2013 | FULL TIME | |
| MARCOS | ALLEN | | 384100 | SECT TECH | 8/31/2013 | FULL TIME | |
| RUFUGIO | NUNEZ | | 384100 | OPERATOR | 9/4/2013 | FULL TIME | |
| MANUEL | ARMENTA FIGUEROA | | 384100 | IRRG TECH | 9/4/2013 | FULL TIME | |
| RAFAEL | ESQUIVEL | SECT TECH | 384100 | | 10/23/2013 | FULL TIME | |
| JOSE | ANDRADE | | 384200 | FIRSTA | 11/1/2010 | PART TIME | |
| MORGAN | COWLES | | 384200 | SERVER | 2/5/2013 | PART TIME | |
| ASHLEY | DAVIDSON | | 384200 | CLUB | 10/26/2010 | FULL TIME | SALARY |

| FirstName | LastName | Title | Department | Location | StartDate | Home2 | Home3 |
|---|---|---|---|---|---|---|---|
| CHRISTOPHER | DYER | | 384200 | COOK | 1/8/2013 | PART TIME | |
| JEAN | GOWEN | | 384200 | COOK | 2/16/2013 | PART TIME | |
| JENNIFER | KNIGHT | | 384200 | SERVER | 1/15/2013 | PART TIME | |
| CASEY | MCQUEEN | | 384200 | EXECHE | 1/19/2011 | FULL TIME | SALARY |
| JEREMY | MEYER | | 384200 | CLUB | 5/2/2012 | PART TIME | |
| SUSAN | NEWCOMB | | 384200 | CLUB | 1/13/2009 | PART TIME | |
| SANTANA | NEZ | | 384200 | SERVER | 10/30/2012 | FULL TIME | |
| SARAH | NICHOLSON | | 384200 | SERVER | 10/31/2012 | PART TIME TEMP | |
| ANNIE | REINACHER | | 384200 | SERVER | 1/14/2013 | PART TIME | |
| LOURDES | VALDEZ | | 384200 | CLUB | 2/7/2007 | FULL TIME | |
| GREYSEN | WEAVER | | 384200 | LABOR | 8/6/2008 | PART TIME | |
| GARRETT | MEYER | | 384200 | KITCHEN WORKER | 10/1/2013 | PART TIME | |
| BREANN | TOLENTINO | | 384200 | SERVER | 10/24/2013 | PART-TIME | |
| ERICA | FINEFROCK | | 384200 | SERVER | 10/24/2013 | PART-TIME | |
| KELLIE | SHEEHAN | | 384200 | SERVER | 10/24/2013 | PART-TIME | |
| MICHAEL | PARNELL | | 384200 | COOK | 10/24/2013 | FULL-TIME | SALARY |
| STEVEN | EIDSON | | 384200 | COOK | 10/24/2013 | FULL-TIME | |
| ROMON | BRINGAS-BUSTAMANTE | | 384200 | COOK | 10/24/2013 | PART-TIME TEMP | |
| SARAH | LILE | | 384200 | SERVER | 10/24/2013 | PART-TIME | |
| ARIEL | DAVIS | | 384200 | SERVER | 10/29/2013 | PART-TIME TEMP | |
| LACI | CHARNOKI | | 384200 | SERVER | 11/14/2013 | PART-TIME TEMP | |
| PAUL | CLIFTON | | 384300 | PRESID | 6/1/2009 | | |
| GARY | DHAEMERS | | 384300 | CLUBSE | 12/12/2012 | PART TIME TEMP | |
| ROBERT | EMMONS | | 384300 | CLUB | 2/2/2012 | PART TIME | |
| RYAN | FERGEN | | 384300 | CLUB | | | |
| ADRIANNA | GRIJALVA | | 384300 | CLUBSE | 10/30/2012 | PART TIME TEMP | |
| SUSAN | HARNEDY | | 384300 | GOLFPR | 10/27/2009 | FULL TIME | SALARY |
| DENNIS | KLEPFER | | 384300 | CLUB | 7/22/2004 | PART TIME | |
| CHRISTOPHER | KOBAK | | 384300 | CLUB | 2/7/2013 | PART TIME TEMP | |
| GARY | MEYER | | 384300 | CLUBSE | 10/30/2012 | FULL TIME TEMP | |
| BRENT | NEWCOMB | | 384300 | CLUB | 3/28/2012 | FULL TIME | SALARY |
| GREGORY | PARSLOE | | 384300 | CLUBSE | 11/3/2012 | | |
| ADAM | PERKINS | | 384300 | CLUB | 3/20/2008 | PART TIME | |
| JOE | PRETO | | 384300 | CLUBSE | 10/30/2012 | FULL TIME | |
| RON | PTACEK | | 384300 | GOLFPE | 10/28/2011 | FULL TIME TEMP | |
| STEVEN | REEVES | | 384300 | CLUB | 7/12/2001 | FULL TIME | SALARY |
| JUSTIN | SINACOLA | | 384300 | CLUB | 3/2/2012 | PART TIME | |

| FirstName | LastName | Title | Department | Location | StartDate | Home2 | Home3 |
|---|---|---|---|---|---|---|---|
| RACHEL | SYNKELMA | | 384300 | CLUB | 1/27/2013 | PART TIME TEMP | |
| DAVID | ZUCCO | | 384300 | CLUBSE | 10/30/2012 | FULL TIME | |
| JARRYD | BARNEY | | 384300 | CLUBSE | 8/28/2013 | PART TIME TEMP | |
| JORDAN | SYNKELMA | | 384300 | CLUBSE | 8/31/2013 | PART TIME TEMP | |
| SPENCER | TOUCHETTE | | 384300 | CLUB SERVICE ASS'T | 10/9/2013 | PART TIME TEMP | |
| MOLLY | BROWN | | 384300 | CLUB SERVICE ASS'T | 10/4/2013 | PART TIME TEMP | |
| RICHARD | GROLLA | | 384300 | CLUB SERVICE | 10/25/2013 | PART-TIME TEMP | |
| JAKE | ICE | | 384300 | CLUB SERVICE ASST | 10/29/2013 | PART-TIME TEMP | |
| KATHLEEN | BAKER | | 384400 | RESEPT | 3/21/2012 | PART TIME | |
| THERESA | BISHOP | | 384400 | RESEPT | 10/11/2011 | PART TIME | |
| NATE | CROOK | | 384400 | DRCTR | 7/12/2004 | FULL TIME | SALARY |
| ANNA | JOHNSON | | 384400 | RESEPT | 11/12/2012 | PART TIME | |
| VICTORIA | JONES | | 384400 | RESEPT | 12/19/2008 | PART TIME | |
| KYLE | BRONGER | RECEPT & | 384400 | | 6/14/2013 | PART TIME | |
| ANNA | JOHNSON | RECEPT & | 384400 | | 10/1/2013 | PART-TIME | |
| ANN | CARR | | 384400 | RECEPTIONIST | 11/11/2013 | PART-TIME | |
| ANGELICA | RUIZ | | 384400 | RECEPTIONIST | 11/11/2013 | PART-TIME | |
| EFREN | DELEON | | 384500 | CREW LEADER LANDSCAPE | 6/20/2012 | FULL TIME | |
| TIMOTHY | FULLER | | 384500 | LANDSCAPE | 2/6/2013 | FULL TIME | |
| ROBERT | HAMILTON | | 384500 | LANDSC | | | |
| TODD | KIRCHNER | | 384500 | LANDSC | 8/20/2012 | | |
| THOMAS | MARTINEZ | | 384500 | LANDSC | 9/4/2012 | FULL TIME | |
| DYLAN | REICHARDT | | 384500 | LANDSC | 1/14/2013 | FULL TIME | |
| CORY | LOHMAN | | 384500 | LANDSC | 4/15/2013 | FULL TIME | |
| JEREMIAH | CARR | LANDSCAP | 384500 | | 7/1/2013 | FULL TIME | |
| SABRINA | FROEHLICH | | 384500 | LANDSCAPE | 9/4/2013 | FULL TIME | |
| GLEN | CARRIZOSA | LANDSCAP | 384500 | | 10/23/2013 | FULL TIME | |
| CHERYL | BLACKWOOD | | 384600 | ACCTNG | 6/27/2011 | | |
| CAROLINE | BYRNE | | 384600 | ACCTMG | 2/12/2013 | FULL TIME | SALARY |
| MIKE | RUSSELL | | 384600 | CLUB | 3/2/2010 | FULL TIME | SALARY |
| KELLY | MAINVIELLE | | 384700 | MEMBER | 8/25/2000 | FULL TIME | SALARY |
| JIM | BUCKLEY | | 384750 | SALES | 3/27/2013 | FULL TIME | SALARY |
| ALLISON | MCDONALD | RECEPTION | 384750 | SALES | 4/25/2013 | FULL TIME | SALARY |
| THOMAS | BARR | | 384800 | GATE | 1/1/2011 | PART TIME | |
| CLARENCE | BRESINA | | 384800 | GATE | 1/1/2011 | FULL TIME | |
| ALFRED | CARUOLO | | 384800 | GATE | 1/1/2011 | FULL TIME | |
| ROBERT | CICCHELLO | | 384800 | GATE | 6/28/2011 | FULL TIME | |

| FirstName | LastName | Title | Department | Location | StartDate | Home2 | Home3 |
|---|---|---|---|---|---|---|---|
| RAYMOND | KANOZA | | 384800 | GATE | 1/1/2011 | PART TIME | |
| PHILLIP | KOZOL | | 384800 | GATE | 1/1/2011 | PART TIME | |
| STEPHEN | NELSON | | 384800 | GATE | 1/1/2011 | PART TIME | |
| JAMES | PEREZ | | 384800 | GATE | 1/1/2011 | FULL TIME | SALARY |
| MICHAEL | ROTHENBERG | | 384800 | GATE | 6/6/2011 | FULL TIME | |
| PHILLIP | VALDEZ | | 384800 | GATE | 1/5/2011 | PART TIME | |
| DONALD | WRIGHT | | 384800 | GATE | 5/7/2012 | PART TIME | |
| WILLIAM | YOUNG | | 384800 | GATE | 7/24/2012 | PART TIME | |
| ADAM | MAJI | | 384800 | GATE | 5/11/2013 | FULL TIME | |
| GEORGE | POWERS | | 384800 | GATE | 10/9/2013 | PART-TIME | |
| TITUS | HOPPES | GATE | 384800 | | 10/23/2013 | PART-TIME | |
| WILLIAM | BEARD | | 384900 | LANDSC | 1/1/2011 | FULL TIME | SALARY |
| PAMELA | EATON | | 384900 | LANDSC | 1/1/2011 | FULL TIME | |
| JUAN | MENDOZA | | 384900 | LANDSC | 1/1/2011 | FULL TIME | |
| MAURICIO | MEXIA-HERNANDEZ | | 384900 | LANDSC | 1/1/2011 | FULL TIME | |
| MARTIN | OCANO | | 384900 | LANDSC | 1/1/2011 | FULL TIME | |
| ROBERT | ROMERO | | 384900 | LANDSC | 8/12/2008 | FULL TIME | |
| PEDRO | SANTACRUZ | | 384900 | LANDSC | 1/1/2011 | FULL TIME | |
| JOSE | ZARATE SANTOS | | 384900 | LANDSC | 11/28/2011 | FULL TIME | |
| DIEGO | ZEIGLER | | 384900 | LANDSCAPE | 4/8/2013 | FULL TIME | |
| CECIL | MENDOZA | | 384900 | LANDSC | 9/18/2013 | FULL TIME | |
| JOSE | VERDUGO | | 384900 | LANDSC | 10/7/2013 | FULL TIME | |
| TAYLOR | BIRKEY | | 384900 | LANDSCAP | 10/25/2013 | FULL-TIME | |